IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHOK ARORA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| Diversified Consultants, Inc., | ) | Case No.:  1:20-cv-04113 |
| FMA Alliance Ltd, | ) | |
| First National Collection Bureau, Inc. | ) | Magistrate Judge Jeffrey T. Gilbert |
| T-Mobile USA, Inc., | ) | |
| John Does 1 through 50, | ) | |
|     Defendants | ) | |

**STIPULATION FOR DISMISSAL OF DEFENDANT FMA ALLIANCE LTD**

Plaintiff, ASHOK ARORA, and Defendant, FMA ALLIANCE LTD, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice of Plaintiff's claims against FMA ALLIANCE LTD, with each party bearing its own fees and costs.

Dated: October 27, 2021

Respectfully submitted,

| | |
|---|---|
| FMA ALLIANCE LTD | ASHOK ARORA |
| | |
| By: */s/Andrew M. Schwartz* | By:s/ Ashok Arora |
| Andrew M. Schwartz | |
| **GORDON REES** | Ashok Arora (pro se) |
| **SCULLY & MANSUKHANI** | 869 E. Schaumburg Road 217 |
| Three Logan Square | Schaumburg, IL 60194 |
| 1717 Arch Street, Suite 610 | Tel: 224-622-3846 |
| Philadelphia, PA 19103 | ashoklaw@protonmail.com |
| (215) 717-4023 | *Plaintiff* |
| (215) 693-6650 | |
| Amschwartz@grsm.com | |

## CERTIFICATE OF SERVICE

I, Ashok Arora, hereby certify that on October 28, 2020,I filed the foregoing STIPULATION FOR DISMISSAL OF DEFENDANT FMA ALLIANCE LTD electronically with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Ashok Arora_____
Ashok Arora, Pro Se
*Plaintiff*