

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 2/17/22

Re: Arora v. Diversified Consultants, Inc. et al

USDC Case Number: 20−cv−04113

Dear Clerk:

Pursuant to the order entered by Honorable Jorge L. Alonso, on 02/02/2022, the above record was

        x       electronically transmitted to Middle District of Florida

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:   /s/ A. Ellis
      Deputy Clerk

New Case No. _____   Date _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016