**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ASHOK ARORA,

        Plaintiff,

v.                                   Case No. 3:22-cv-173-TJC-LLL

DIVERSIFIED CONSULTANTS, INC.,
et al.,

        Defendants.

---

## O R D E R

On March 10, 2022, the Court entered an Order directing <u>pro</u> <u>se</u> plaintiff to file a notice explaining whether there was any reason the Court should not dismiss this case.   Plaintiff failed to respond by the deadline.   For the reasons stated in the Court's March 10, 2022 Order (Doc. 76), it is hereby

**ORDERED**:

This case is dismissed without prejudice.   The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of July, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Ashok Arora, <u>pro</u> <u>se</u> plaintiff

Counsel of record
Aaron R. Cohen, Chapter 7 Trustee